| Fill in this information to identify your case and this filing: | |
|---|---|

| Debtor 1 | **Jerrine Ruth Robinson** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF NORTH CAROLINA

Case number   **25-10227**

■ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.

■ Yes. Where is the property?

1.1

**7139 Wright Road**
Street address, if available, or other description

**Thomasville**  **NC**  **27360-0000**
City         State   ZIP Code

**Randolph**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
■ Other   **Commercial Property**

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $208,000.00 | $208,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

**Jointly Owned with TMR Holdings**

Debtor 1    Jerrine Ruth Robinson                                          Case number *(if known)*  **25-10227**

**If you own or have more than one, list here:**

**1.2**

**122 Sugar House Road**

Street address, if available, or other description

**White River Junction**    **VT**    **05001-0000**

City    State    ZIP Code

**Windsor**

County

**What is the property?** Check all that apply

- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [ ] Timeshare
- [x] Other    **Rental House**

**Who has an interest in the property?** Check one

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Value = $215,000.00**
**Zillow Value = $335,500**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

**$215,000.00**    **$215,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

- [ ] Check if this is community property (see instructions)

**If you own or have more than one, list here:**

**1.3**

**Site 1767 Ocean Lakes Campground 6001 South Kings Highway**

Street address, if available, or other description

**Myrtle Beach**    **SC**    **29575-0000**

City    State    ZIP Code

**Horry**

County

**What is the property?** Check all that apply

- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [ ] Timeshare
- [x] Other    **Rental Home**

**Who has an interest in the property?** Check one

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Value = $146,401**
**Zillow Value = $225,000**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

**$146,401.00**    **$146,401.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

- [ ] Check if this is community property (see instructions)

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..................................................................=>**    **$569,401.00**

**Part 2:**  **Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1    Jerrine Ruth Robinson          Case number (if known)  25-10227

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

■ Yes

| 3.1 | Make: **Nissan** <br> Model: **Altima S** <br> Year: **2012** <br> Approximate mileage: **188,000** <br> Other information: <br> **VIN 1N4AL2APXCN411051** <br> **4 Cylinders A 2.5L FI DOHC 153 CID)** <br> **Value Reflects 90% of Clean Retail Value** | Who has an interest in the property? Check one <br> ■ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br><br> ☐ Check if this is community property <br> (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* <br><br> **Current value of the entire property?**    **Current value of the portion you own?** <br><br> **$4,806.00**                **$4,806.00** |
|---|---|---|
| 3.2 | Make: **Mercury** <br> Model: **Replica 2S 2D** <br> Year: **1950** <br> Approximate mileage: <br> Other information: <br> **VIN NCS94080** | Who has an interest in the property? Check one <br> ■ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br><br> ☐ Check if this is community property <br> (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* <br><br> **Current value of the entire property?**    **Current value of the portion you own?** <br><br> **$40,000.00**              **$40,000.00** |
| 3.3 | Make: **Honda** <br> Model: **Civic LX-S** <br> Year: **2010** <br> Approximate mileage: **179,195** <br> Other information: <br> **(4 Cylinders 1.8L FI SOHC 110 CID)** <br> **VIN 2HGFA1F61AH511286** <br> **Value reflects 90% of Clean Retail Value** | Who has an interest in the property? Check one <br> ■ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br><br> ☐ Check if this is community property <br> (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* <br><br> **Current value of the entire property?**    **Current value of the portion you own?** <br><br> **$5,805.00**               **$5,805.00** |
| 3.4 | Make: **Jeep** <br> Model: **Wrangler 4WD** <br> Year: **2006** <br> Approximate mileage: **162,000** <br> Other information: <br> **VIN 1J4FA49S76P784092** <br> **(6 Cylinders S 4.0L FI OHV 242 CID)** <br> **Value reflects 90% of Clean Retail Value** | Who has an interest in the property? Check one <br> ■ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br><br> ☐ Check if this is community property <br> (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* <br><br> **Current value of the entire property?**    **Current value of the portion you own?** <br><br> **$6,995.00**               **$6,995.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................=>    **$57,606.00**

Debtor 1    Jerrine Ruth Robinson                                    Case number (if known)  25-10227

**Describe Your Personal and  Household Items**

Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions.
---|---

**6.  Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

| Furniture, appliances, etc. | | $1,500.00 |
|---|---|---|

**7.  Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes. Describe.....

| TV, etc. | | $150.00 |
|---|---|---|

**8.  Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
■ No
☐ Yes. Describe.....

**9.  Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
■ No
☐ Yes. Describe.....

**10.  Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
■ No
☐ Yes. Describe.....

**11.  Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes. Describe.....

| Clothing/Personal Items | | $500.00 |
|---|---|---|

**12.  Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
■ Yes. Describe.....

| Jewelry | | $50.00 |
|---|---|---|

**13.  Non-farm animals**
*Examples:* Dogs, cats, birds, horses
■ No
☐ Yes. Describe.....

**14.  Any other personal and household items you did not already list, including any health aids you did not list**
■ No
☐ Yes.  Give specific information.....

Official Form 106A/B                    Schedule A/B: Property                    page 4

Debtor 1   **Jerrine Ruth Robinson** _____   Case number *(if known)*   **25-10227**

15.  **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................

| | |
|---|---|
| | **$2,200.00** |

---

**Part 4:    Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ■ No

    ☐ Yes..................................................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No

    ■ Yes.......................   Institution name:

    17.1.  **Checking #9765**   **Fidelity Bank** _____   $3,209.00

    17.2.  **Checking #9773**   **Fidelity Bank** _____   $2,214.00

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ■ No

    ☐ Yes..................   Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ■ No

    ☐ Yes.  Give specific information about them...................
    Name of entity:                                   % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ■ No

    ☐ Yes. Give specific information about them
    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No

    ■ Yes. List each account separately.
    Type of account:          Institution name:

    **Pension - Single Life**      **TD Bank**                              $1,390.56
    **Annuity**

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ■ No

    ☐ Yes. .....................   Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ■ No

Debtor 1   **Jerrine Ruth Robinson**                                              Case number *(if known)*   **25-10227**

☐ Yes.............        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.** 26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No

☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No

☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No

☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No

☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

■ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No

☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No

☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

■ No

☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No

☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No

☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No

☐ Yes.  Describe each claim.........

Official Form 106A/B                    Schedule A/B: Property                                              page 6

Debtor 1   Jerrine Ruth Robinson          Case number *(if known)*   **25-10227**

35. **Any financial assets you did not already list**
- ■ No
- ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.............................................................................................. | **$6,813.56**

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.** |

37. **Do you own or have any legal or equitable interest in any business-related property?**
- ■ No. Go to Part 6.
- ☐ Yes.  Go to line 38.

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**<br>If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ■ No. Go to Part 7.
- ☐ Yes.  Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
- ■ No
- ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .................................... | **$0.00**

| **Part 8:** | **List the Totals of Each Part of this Form** |

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ...................................................................................................... | | **$569,401.00** |
| 56. | **Part 2: Total vehicles, line 5** | $57,606.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $2,200.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $6,813.56 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $66,619.56     Copy personal property total | $66,619.56 |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | **$636,020.56** |

Official Form 106A/B            Schedule A/B: Property            page 7

<u>CERTIFICATE OF SERVICE</u>
<u>JERRINE RUTH ROBINSON</u>
<u>Case #25-10227</u>

THIS IS TO CERTIFY that on the date indicated below, the undersigned served a copy of the foregoing  AMENDED SCHEDULE A/B TO REFLECT THE CORRECT ADDRESS OF REAL PROPERTY TO BE 7139 WRIGHT ROAD, THOMASVILLE, NC 27360 AS IT WAS ERRONOUSLY LISTED ON ORIGINAL FILING AS 7319 WRIGHT ROAD, THOMASVILLE, NC 27360 to the parties as shown below via electronic  transmission as may be applicable or by depositing the same in a post-paid wrapper, addressed  accordingly, in an official depository of the United States Postal Service, in the manner  prescribed by law:

John Paul Hughes Cournoyer
US Bankruptcy Administrator
101 South Edgeworth Street
Greensboro, NC 27401
*VIA CM/ECF*

Anita Jo Kinlaw Troxler
500 W. Friendly Avenue
P.O. Box 1720
Greensboro, NC  27402-1720
*VIA CM/ECF*

(Attached Matrix)

This the 7th day of  May 2025.

/s/Dirk W. Siegmund
Dirk W. Siegmund
Attorney for the Debtor
N.C. State Bar No.: 20796
Ivey, McClellan, Siegmund, Brumbaugh &
McDonough,  L.L.P.
P.O. Box 3324
Greensboro, NC 27402
Telephone: (336) 274-4658
dws@iveymcclellan.com

Label Matrix for local noticing
0418-2
Case 25-10227
Middle District of North Carolina
Greensboro
Wed May  7 15:51:39 EDT 2025

American Express
P.O. Box 981537
El Paso, TX 79998-1537

Attorney General of the United States
US Dept. of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0009

Fidelity Bank
Attn: Special Assets
PO Box 8
Fuquay-Varina, NC 27526-0160

James S. Livermon,III
Womble Bond Dickinson, LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601-3034

Mr. Cooper
P.O. Box 650783
Dallas, TX 75265-0783

Pamela P. Keenan
PO Box 19766
Raleigh, NC 27619-9766

The Fidelity Bank
100 South Main Street
Fuquay Varina, NC 27526-2221

Jerrine Robinson
2316 Heritage Lane
Thomasville, NC 27360

Truist Bank
Davidson County - Commercial Loans
209 N. Main Street
Lexington, NC 27292-3417

American Express National Bank
c/o Zwicker & Associates, P.C.
80 Minuteman Road
P.O. Box 9043
Andover, MA 01810-0943

American Express National Bank
c/o Zwicker & Associates, P.C.
Attorneys/Agents for Creditor
P.O. Box 9043
Andover, MA 01810-0943

Employment Security Commission
P.O. Box 25903
Raleigh, NC 27611-5903

Fora Financial Asset
Securitization 2024, LLC
3050 Peachtree Road NW
Atlanta, GA 30305-2212

Joshua N. Levy, Substitute Trustee
PMB 143, 9660 Falls of Neuse Road
Suite 138
Chapel Hill, NC 27515

NC Dept of Revenue
Attention: Bankuprtcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

Randolph County Taxes
725 McDowell Road
Asheboro, NC 27205-7372

The Fidelity Bank
510 N. Second Avenue
Dodge City, KS 67801-4438

Tina Robinson
2316 Heritage View Lane
Thomasville, NC 27360-9023

Truist Bank, Support Services
PO Box 85092
Richmond, VA 23285-5092

FNB Omaha
1620 Dodge Street
Omaha, NE 68102

Attorney General of North Carolina
9001 Mail Service Center
Raleigh, NC 27699-9001

(p)FIRST NATIONAL BANK OF OMAHA
1620 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1593

Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

Miller F. Capps
Alexander F. Capps
1420 E. 7th Street, Suite 100
Charlotte, NC 28204-2408

Nationstar Mortgage
P.O. Box 650783
Dallas, TX 75265-0783

TMR Holdings, LLC
2727 Interstate Drive
Lakeland, FL 33805-2304

The Fundworks, LLC
299 South Main Street, Suite 1300
PMB 93894
Salt Lake City, UT 84111-2241

Truist Bank
Attn: Legal Dept.
214 N. Tryon Street
Charlotte, NC 28202-1078